

September 17, 2024

Leigha Lemoine
131 Averyville Drive
Conway, SC 29526

Dear Leigha,

As you may recall, on Wednesday, September 14, 2024, the Office of Student Affairs was made aware of a message you posted on a group chat in Snapchat. On that same day, you were asked about the posting, and you offered an explanation for your choice of words for the posting. Since that time, the College has become aware of an incident where you allegedly posted a video on a social media platform of yourself firing a handgun.

*[Handwritten annotations: "Saturday" with arrow to "14"; "Two week" ]*

Due to the nature of this issue and so that the College may take measures to protect the safety of the campus, HGTC's President has authorized an interim suspension, as described in the Student Code for the South Carolina Technical College System (HGTC Procedure 9.3.7.1: Student Code). This letter serves as written notification of the decision to impose an interim suspension.

As explained above, this interim suspension has been imposed because of the nature of the alleged misconduct. In cases of this nature, it is important that the College take appropriate action. The interim suspension does not replace the regular hearing process. The next step in the process is to conduct a preliminary investigation. During that investigation, you will be contacted to discuss the alleged infraction, and the College will determine if a violation of the Student Code has occurred. If the available information indicates that a violation of the Student Code has occurred, sanctions up to and including Expulsion from the College, may be imposed. If you disagree with the decision or the sanction that is imposed, you may request a hearing before the Hearing Committee.

***The letter also serves as a No Trespass notification. You are denied access to any HGTC campus during the period of the interim suspension without my prior approval. Any access to campus or any change in your suspended status MUST come through the Office of Student Affairs. Therefore, you are not allowed to attend any face-to-face class or utilize any face-to-face service at any campus of the College unless and until this review is completed. Failure to comply with this directive will result in your immediate removal from campus. Furthermore, you are not permitted to attend or participate in any clinical learning experience unless and until this review is completed.***

If you have any questions or concerns regarding this issue, please call me at (843) 349-5228. For your reference, I have enclosed a copy of HGTC Procedure 9.3.7.1: Student Code.

Sincerely,

*Melissa Batten*

Melissa Batten, Ph.D.
Vice President for Student Affairs

**CONWAY CAMPUS**
2050 Highway 501 East
Conway, SC 29526
843.347.3186

**GEORGETOWN CAMPUS**
4003 South Fraser Street
Georgetown, SC 29440
843.546.8406

**GRAND STRAND CAMPUS**
743 Hemlock Avenue
Myrtle Beach, SC 29577
843.477.0808

MAILING ADDRESS: P.O. Box 261966, Conway, SC 29528-6066