IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION
C/A No.: 4:24-cv-06032-JD

| | |
|---|---|
| Leigha Lemoine,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>Horry Georgetown Technical College; et al,<br><br>　　　　　　　　　　　Defendants. | **RULE 26(F) REPORT** |

　　　　The parties, having consulted pursuant to Rule 26(f), Fed. R. Civ. P., hereby report as follows (check one below):

_____　　We agree that the schedule set forth in the Conference and Scheduling Order filed **January 07, 2025** is appropriate for this case. **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

___x___　　We agree that the schedule set forth in the Conference and Scheduling Order filed **January 07, 2025** requires modification as set forth in the attached proposed Consent Amended Scheduling Order (use format of the Court's standard scheduling order attached hereto). **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

_____　　We are unable, after consultation, to agree on a schedule for this case. We, therefore, request a scheduling conference with the Court. **The parties' proposed discovery plan as required by 26(f) Fed. R. Civ. P., with disagreements noted, and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

| | |
|---|---|
| s/David D. Ashley<br>David D. Ashley, Fed ID 10220<br>Ben Le Clercq, Fed ID 7453<br>LE CLERCQ LAW FIRM<br>708 South Shelmore Blvd. #202<br>Mount Pleasant, SC 29464<br>David@LeClercqLaw.com<br>Ben@LeClercqLaw.com<br><br>**COUNSEL FOR PLAINTIFF** | s/ Chandra A. Stallworth<br>Chandra A. Stallworth, Fed ID 13526<br>Eugene H. Matthews, Fed ID 7141<br>RICHARDSON PLOWDEN & ROBINSON, P.A.<br>1900 Barnwell Street<br>Post Office Drawer 7788<br>Columbia, South Carolina 29202<br>gmatthews@richardsonplowden.com<br>cstallworth@richardsonplowden.com<br><br>**COUNSEL FOR DEFENDANTS** |

February 11, 2025