```
 1   A.    Yes, I received it.

 2   Q.    And then at some point after that, were you aware that an

 3   order was issued that is called a preliminary injunction that

 4   put Leigha back into the college?

 5   A.    Yes, sir.

 6   Q.    Okay.  And then are you aware that there is currently a

 7   motion pending to lift that injunction to remove Leigha from

 8   the college?

 9   A.    No, I am not aware.

10   Q.    Okay.  Well, let me see what else.  Is there anything we

11   haven't talked about, about this case, that you have

12   information that you want to talk about?

13   A.    No, but I want to share with you that when we received

14   the order to let her back in, that we had a full class of

15   students and did not know at that time how we were going to

16   accommodate what the judge ordered.  And when I say that,

17   that's when Drs. Batten and Strong, at least minimally, chose

18   to have met with me and -- of course, this has been months

19   ago -- and the struggle with how could we make this happen

20   because, as you have heard today about having a cohort of

21   students, there's so many students.  You know, it wasn't like

22   moving somebody in and out.

23         Dr. Strong found out that one of the 20 students in the

24   class was -- and this gets into educational degree business

25   here -- that student could be taking other classes and then
```

1   come back into cosmetology at a later date.  And Dr. Strong,

2   in order to accommodate for Leigha, contacted that student,

3   asked the student if they would take some business courses for

4   the time being, and that student was agreeable to do that.

5   Thus giving a seat for Leigha to come back in and for us to

6   comply with the judge's order.

7        I was also involved in the discussions with the faculty

8   and Dr. Strong in how to accommodate for Leigha to be

9   successful in the program if there was difficulty in having

10  partners.  And there are options in there because sometimes

11  there's going to be somebody out, just like Dr. Strong said.

12  I'm being repetitive.  The question I asked was, How do

13  students accomplish -- what do they do when they go through

14  the nails and the hair or when they sit for the board?  My

15  understanding is that they do this with mannequins.  And I

16  said, so when they go for the board, it's not on a real

17  person.  it's on a mannequin, and they said yes.  And I said,

18  then if we have students that want to do the work to complete

19  the program successfully, then let's have some mannequins.  Do

20  you have enough to support this?  If you don't, I will move

21  any funding that you need to do so.  That's the only thing

22  that I think that I hadn't explained to you.

23  Q.   Okay.  And I appreciate that, President Fore.  Thank you

24  for that.  So it's your understanding that if, for one reason

25  or another, a student can't -- doesn't have a partner, then

1  they can work on the assignments, you know, on their own,

2  complete the assignments -- as long as they, you know,

3  complete the assignments, you know, and pass the course, they

4  can proceed through the program; is that right?

5  A.   Correct.

6  Q.   All right.

7  A.   So I just have to say that usually things like this are

8  not brought forward to me unless there are -- because of my

9  background in academics -- ways to, like, how do we fix this.

10  How do we go about resolving this issue.  And we want Leigha

11  to be successful.  So this was, like, if there's some

12  difficulty at all in the classes in partnering up, then my

13  question then was, What do they do when they get to the

14  boards?  Well, they use mannequins.  And I said, then, let's

15  let students have options to use mannequins.

16  Q.   Yeah, I think -- granted that you're there, and it sounds

17  like you're involved, and that's great.  President Fore, have

18  you ever had conversations with Leigha?

19  A.   No, I have not.  I have never had a conversation with

20  her, never.

21  Q.   Okay.

22  A.   I think I have been in her presence, but I don't know

23  her.  I haven't had any conversation.

24  Q.   Okay.  And I assume that if there is a student at the

25  college and she's having issues with other students, I assume

1   that the -- and correct me if I'm wrong, but I assume that the

2   college would want to work with that student and help them,

3   you know, find a way to complete the program and go on and

4   have a happy and successful life; correct?

5   A.   That is my expectation of all faculty.

6   Q.   Okay. And that just reminded me of something. Do you --

7   there was a faculty member named Chelise Smith. Are you aware

8   of -- and it's my understanding that at some point for some

9   reason she was terminated. Do you know why she was

10   terminated?

11   A.   I am made aware if there is an issue with any faculty

12   member or any staff member that there is a -- if it rises to

13   the concern of potentially any termination. Now, there is a

14   difference because if they are adjunct, then the cause --

15   depending on what the issue is, an adjunct is pretty much an

16   at-will person versus a full-time employee where you go

17   through a grievance process. My recollection on that

18   matter -- and it is not solid -- is that it was a performance

19   issue. And when I say "performance," I typically am inferring

20   that this is a classroom management issue. And I knew that

21   there was an issue because I am usually the person that is

22   talked with, discussed with, that we need to terminate an

23   individual or dismiss an individual -- to use a kinder word --

24   particularly if they are adjunct and they are acting either as

25   someone that is unbecoming as an employee, a professional